# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, an Ohio Corporation,<br><br>Plaintiff,<br><br>and<br><br>SPIKE TELECOMMUNICATIONS, INC., a Washington corporation; GREGORY A. HUGHEY, a Washington resident; and LINDA HUGHEY, a Washington resident,<br><br>Defendants. | NO. C18-1781 RSM<br><br>ORDER TO EXTEND INITIAL SCHEDULING DEADLINES - ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

THIS MATTER having come before the Honorable Judge Ricardo S. Martinez of the above entitled Court upon the parties' Stipulated Motion to Extend Initial Scheduling Deadlines in order to extend the initial scheduling deadlines pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement dated December 20, 2018 (the **"Scheduling Order"**), the Court finds and concludes that:

1. Good cause exists to extend the initial scheduling deadlines by up to 45 days.

2. The Court consents to the request for such extension.

ORDER TO EXTEND INITIAL SCHEDULING DEADLINES - ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 1

**BATES & ELY, PLLC**
18530 – 156th Ave. NE, Suite 200
Woodinville, WA 98072
(425) 488-4134 • Fax (425) 487-1471

<u>ORDER</u>

Counsel for Plaintiff and Defendants have been in communication and mutually agree to extend by 45 days the deadlines in the Scheduling Order.

NOW THEREFORE, it is hereby

ORDERED, ADJUDGED AND DECREED that by agreement and request of the parties, the deadlines in the Scheduling Order, inclusive of the Initial Disclosures and Joint Status report, are extended by 45 days as follows:

FRCP 26(f) Conference to Monday, **March 4, 2019**,

Initial Disclosures Pursuant to FRCP 26(a)(1) to Monday, **March 11, 2019**, and

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) to Monday, **March 18, 2019**.

DATED this 18th day of January 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

| DATED January 17, 2019. | DATED January 17, 2019. |
|---|---|
| Counsel for Defendants<br>**BATES & ELY, PLLC** | Counsel for Plaintiff<br>**WONG FLEMING** |
| /s/ | /s/ |
| Wesley D. Bates, WSBA No. 26273<br>Bates & Ely, PLLC<br>18530 156th Ave. NE, Ste.200<br>Woodinville, WA  98072<br>wes@batesely.com<br>Phone: (425) 488-4134<br>Fax:  (425) 487-1471 | Ramina Dehkhoda-Steele, WSBA No. 31136<br>Wong Fleming<br>10675 Willows Road NE, Suite 250<br>Redmond, WA 98052<br>rdehkhoda@wongfleming.com<br>Phone: (425) 869-4040<br>Fax:   (425) 869-4050 |

ORDER TO EXTEND INITIAL SCHEDULING DEADLINES - ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 2

**BATES & ELY, PLLC**
18530 – 156th Ave. NE, Suite 200
Woodinville, WA  98072
(425) 488-4134 • Fax (425) 487-1471