UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPIKE TELECOMMUNICATIONS, INC., a Washington corporation; GREGORY A. HUGHEY, a Washington resident; and LINDA HUGHEY, a Washington resident,<br><br>Defendants. | NO. 2:18-cv-01781-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AND ALL DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KeyBank National Association, an Ohio Corporation, by and through its counsel, Wong Fleming, and the Defendants, Gregory A. Hughey and Linda Hughey, by and through Wes Bates, that the above-entitled action as to all claims and all defendants may be dismissed without prejudice with leave

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

**WONG FLEMING, P.C.**
10675 Willows Road, NE, Suite 250
Redmond, WA 98052
Tel: (425) 869-4040 Fax: (425) 869-4050

to reopen upon the event of a default and without costs, this matter having been resolved through settlement and compromise between the Plaintiff and Defendants.

_____
Ramina Dehkhoda-Steele, WSBA # 30136
Attorney at law

_____
Wes Bates, WSBA # 26273
Attorney at law

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and all defendants, shall be dismissed from the above-entitled action without prejudice and with leave to reopen upon the event of a default and without costs or interest to any party.

DATED this 24 Day of March 2020

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**PLAINTIFF'S MOTION TO PROCEED-** 1

**WONG FLEMING, P.C.**
10675 Willows Road, NE, Suite 250
Redmond, WA 98052
Tel: (425) 869-4040 Fax: (425) 869-4050